

Thomas A. Warns, Esq.
Tom.Warns@klgates.com

T (212) 536-4009

April 14, 2025

<u>**Via ECF**</u>

Magistrate Judge Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11201

     Re:  *Seiko Epson Corporation et al v. NJA Global Trading LLC et al,*
          *No. 2:24-cv-05335-NJC-LGD*

Dear Magistrate Judge Dunst:

Pursuant to Your Honors order dated April 10, 2025(the "Order"), the Parties in the above-captioned case submit this letter jointly and confirm that they wish to proceed with the Settlement Conference scheduled for April 30, 2025 at 12:00PM via videoconference.

The Parties have reviewed Your Honors Individual Practice Rules for Settlement (the "Rules"). Pursuant to Section V.B. of the Rules, Mandatory Pre-Conference Exchange Of A Formal Demand And An Offer, the Parties have exchanged formal settlement proposals and have discussed the Parties positions for their offers and counter-offers. As discussed at length during the March 11, 2025 Initial Conference, the Parties are at an impasse.

In order to engage in fruitful settlement discussions, Epson requested documents evidencing Defendants' operational costs.  Defendants, however, have been unable to provide such information. Defendants provided a spreadsheet of sales with estimated costs for a limited period of time and some representative invoices. Epson is unable to corroborate Defendants' alleged costs.

Defendants' state that Defendants are small businesses with a handful of employees and modest resources. Defendants do not have a central reporting system to track all expenses and invoices. To accommodate Plaintiffs, Defendants have produced all acquisition costs and sample invoices dating six months before filing the lawsuit. Despite a diligent search, including asking one of their employees to spend a weekend on locating and collecting the requested documents, Defendants have not been able to locate any additional documents. Defendants' principal will be present at the

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com

323107437.1

mediation to provide any missing information.

The Parties are appreciative of the Court's accommodation in scheduling this Settlement Conference and are prepared to provide Confidential Settlement Statements by email by April 21, 2025. *See* Rules, Section V.C.

Respectfully submitted,

/s/Thomas A. Warns                                           /s/ Armin Ghiam
Thomas A. Warns                                              Armin Ghiam

*Counsel for Plaintiffs Seiko Epson*          *Counsel for Defendants NJA Global*
*Corporation and Epson America, Inc.*         *Holding LLC, and Jarv Global*
                                                             Trading, Inc.

CC: All counsel of record

2